IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

*In Re: Tenth Circuit Court of Appeals Petition for Adjudication by National Labor Relations Board and United States Postal Service*

NATIONAL LABOR RELATIONS BD.

    Petitioner,

v.                                                                              1:16-cv-01207-LF

UNITED STATES POSTAL SERVICE,

    Respondent.

## REPORT AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on the parties' Joint Motion for Approval of Stipulation and Proposed Consent Order, filed on October 11, 2017. Doc. 72. The Tenth Circuit appointed me as a Special Master to address the National Labor Relations Board's petition for adjudication in civil contempt and other civil relief in Tenth Circuit case Nos. 02-9587, 05-9552 and 07-9555. Doc. 1. I recommend that the United States Court of Appeals for the Tenth Circuit grant the parties' Joint Motion for Approval of Stipulation and Proposed Consent Order (Doc. 72), approve the Stipulation for Entry of Consent Order (Doc. 72-1), and enter the Consent Order (Doc. 72-2).

                                                                                           _____
                                                                                           Laura Fashing
                                                                                          United States Magistrate Judge
                                                                                         Special Master